**Order entered June 19, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01532-CR

**FELIX HERNANDEZ CISNEROS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60536-U**

## ORDER

The Court **GRANTS** appellant's June 14, 2013 motion to extend time to file his brief.

We **ORDER** appellant to file his brief by **JULY 29, 2013**.


/s/    LANA MYERS
        JUSTICE